# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                                   Case No. 14 B 34547

      Nictor SHEPARD
      Doneise L SHEPARD
         Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/23/2014.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Converted on 04/23/2015.

6) Number of months from filing to last payment: 6.

7) Number of months case was pending: 10.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $3,089.97 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$3,089.97** |

### Expenses of Administration:

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,786.36 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $123.61 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,909.97** |

Attorney fees paid and disclosed by debtor:          $350.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| A Alliance Collection | Unsecured | 1,616.00 | NA | NA | 0.00 | 0.00 |
| Buckeye Check Cashing of IL | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Buckeye Check Cashing of IL, LLC | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Buckeye Check Cashing of IL, LLC | Unsecured | 757.59 | NA | NA | 0.00 | 0.00 |
| Calvary Portfolio Services | Unsecured | 656.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Unsecured | 4,669.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Secured | 14,111.00 | 14,948.23 | 14,948.23 | 180.00 | 0.00 |
| Cbe Group | Unsecured | 807.00 | NA | NA | 0.00 | 0.00 |
| Cbe Group | Unsecured | 457.00 | NA | NA | 0.00 | 0.00 |
| Cda/pontiac | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| Comnwlth Fin | Unsecured | 489.00 | NA | NA | 0.00 | 0.00 |
| Cook County Heatlh & Hospital | Unsecured | 463.00 | NA | NA | 0.00 | 0.00 |
| Credit Management, LP | Unsecured | 348.65 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & Audit Co | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 877.00 | NA | NA | 0.00 | 0.00 |
| IL Dept Of Healthcare & Family Services | Priority | 0.00 | 525.00 | 525.00 | 0.00 | 0.00 |
| illinois eye institute | Unsecured | 3.90 | NA | NA | 0.00 | 0.00 |
| Integrity Solution Services | Unsecured | 489.00 | NA | NA | 0.00 | 0.00 |
| Jackson Park Hospital | Unsecured | 16,670.58 | NA | NA | 0.00 | 0.00 |
| John H. Stroger | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| Malcolm X College | Unsecured | 1,218.64 | NA | NA | 0.00 | 0.00 |
| McHenry Laboratory Services | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 232.00 | NA | NA | 0.00 | 0.00 |
| Metlife Auto & Home | Unsecured | 799.40 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 1,157.00 | NA | NA | 0.00 | 0.00 |
| Minnesota Department of Human Servi | Priority | 2,340.00 | NA | NA | 0.00 | 0.00 |
| Peoples Gas | Unsecured | 291.00 | NA | NA | 0.00 | 0.00 |
| People's Gas | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Phillip C. Achusiem | Unsecured | 2,200.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 8,357.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| South Shore Hospital | Unsecured | 381.50 | NA | NA | 0.00 | 0.00 |
| Stellar Recovery Inc | Unsecured | 249.00 | NA | NA | 0.00 | 0.00 |
| Swedish Covenant Hospital | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Tate & Kirlin Assoc | Unsecured | 976.00 | NA | NA | 0.00 | 0.00 |
| Webbank/Fingerhut | Unsecured | 1,156.00 | NA | NA | 0.00 | 0.00 |
| West Asset | Unsecured | 509.00 | NA | NA | 0.00 | 0.00 |
| West Side Emergency Phys, LLP | Unsecured | 252.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $14,948.23 | $180.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$14,948.23** | **$180.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $525.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$525.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $2,909.97 |
| Disbursements to Creditors | $180.00 |
| **TOTAL DISBURSEMENTS :** | **$3,089.97** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 07/10/2015                    By: /s/ Marilyn O. Marshall
                                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**